```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Trustees of the New York City       :
District Council of Carpenters      :
Pension Fund, Welfare Fund,         :
Annuity Fund et al.,                :
                                    :
                    Plaintiffs,     :   20 Civ. 9099 (VM)
                                    :
        - against -                 :   ORDER
                                    :
TIKI INDUSTRIES,                    :
                                    :
                    Defendant.      :
------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 3/2/2021**

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since November 12, 2020. Accordingly, it is hereby

**ORDERED** that the above-named Plaintiff inform the Court, within thirty (30) days of the date of this Order, concerning the status of this action and their contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          2 March 2021

*[signature]*
Victor Marrero
U.S.D.J.