UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, the CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                     Petitioners,                  20 **CIVIL** 9099 (VM)

       -against-                                 **JUDGMENT**

TIKI INDUSTRIES, INC.,
                     Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 2, 2021, Petitioners are awarded $14,556.79, as against Respondent, representing the unsatisfied portion of the arbitration award plus interest on this unsatisfied portion from the date of the Award through the date of judgment, with interest to accrue at the annual rate of 7.5%, in the amount of $1,429.76; Petitioners are awarded $73 in court costs and service fees arising out of the proceeding; Petitioners are awarded $902.50 in attorney's fees arising out of the proceeding; and Petitioners are awarded post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
      April 2, 2021

                                               **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                         **BY:**            K. Mango
                                                 **Deputy Clerk**